UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MYKAYLA FAGNANI, on behalf of herself and all
others similarly situated,

                            Plaintiff,                        25 Civ. 1657 (JPC)

                  -v-                                    ORDER

FISK INDUSTRIES, INC.,

                            Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant was served with a Summons and the Complaint on May 16, 2025, making its deadline to respond June 6, 2025.  *See* Dkt. 6.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to July 8, 2025.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by July 11, 2025.

      Plaintiff is ordered to serve a copy of this Order on Defendant by June 24, 2025, and to file proof of such service on the docket by June 26, 2025.

      SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                                                    JOHN P. CRONAN
                                                                    United States District Judge